JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-04065-MWF (MANx)**                            Date:  **July 19, 2012**

Title:     Terence Michael Agee -v- Bank of America, N.A., et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                           None Present

PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING ACTION WITH PREJUDICE

On July 3, 2012, the Court granted Defendants' Motion to Dismiss. (Docket No. 22). Given the evident futility of amendment, the Court ordered Plaintiff Terence Michael Agee to show cause why this action should not be dismissed with prejudice, including what changes he would make if granted leave to file a First Amended Complaint. Agee filed an Answer to Request on July 13, 2012. (Docket No. 23). The Court is in receipt of that response, and finds that Agee has failed to demonstrate that amendment in this case would not be futile.

Accordingly, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.